UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HENRY H.B. GARNIER, JR.,<br><br>          Plaintiff,<br><br>     vs.<br><br>HAROLD W. CLARKE, ELLEN E. NOLAN, CHRISTINE GREGOIRE, SUSAN R. KOMBEREC and ELDON VAIL,<br><br>          Defendants. | NO.  CV-07-245-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR ADDENDUM |

Magistrate Judge Imbrogno filed a Report and Recommendation on July 15, 2008, recommending Mr. Garnier's Motion for Addendum (Ct. Rec. 28) be denied as moot as the matters in his proposed addendum had already been addressed in the dismissal Order.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Motion (Ct. Rec. 28) is **DENIED.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

**DATED** this 7th day of August, 2008.

                              *S/ Robert H. Whaley*
                              ROBERT H. WHALEY
                    CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2007\7cv245ci-7-31-adpdenmtn.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION -- 1